UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EYE LASER CARE CENTER LLC, STEPHEN WEINSTOCK, M.D., NORMAN RAPPAPORT, M.D., and WARREN CROSS, M.D.,<br><br>      Plaintiffs,<br><br>  v.<br><br>MDTV MEDICAL NEWS NOW, INC. and PAUL ARGEN,<br><br>      Defendants. | Civ. Action No. 07-4788 (KSH)<br><br><br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the opinion filed herewith

**IT IS** on this 30th day of June 2009

**ORDERED** that defendants' motion for reconsideration is GRANTED (D.E. 317); and it is further

**ORDERED** that the Court's October 31, 2008 opinion is modified insofar as the law governing MDTV's two remaining counterclaims shall be that of the State of Florida.

                            /s/Katharine S. Hayden, U.S.D.J.
                            Katharine S. Hayden, U.S.D.J.