**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EYE LASER CARE CENTER LLC, STEPHEN WEINSTOCK, M.D., NORMAN RAPPAPORT, M.D., and WARREN CROSS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> MDTV MEDICAL NEWS NOW, INC. and PAUL ARGEN, <br><br> Defendants. | Civ. Action No. 07-4788 (KSH) <br><br><br> **ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons expressed in the accompanying opinion,

IT IS on this 19th day of June, 2013,

**ORDERED** that plaintiffs' motion to confirm the final arbitration award (D.E. 370) is **granted**; and it is further,

**ORDERED** that defendants' motions to vacate the final arbitration award (D.E. 371, 373) are **denied**.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1