United States District Court
for the District of New Jersey

| | |
|---|---|
| EYE LASER CARE CENTER LLC, STEPHEN WEINSTOCK, M.D., NORMAN RAPPAPORT, M.D., and WARREN CROSS, M.D.,<br><br>   Plaintiffs,<br><br> v.<br><br>MDTV MEDICAL NEWS NOW, INC. and PAUL ARGEN,<br><br>   Defendants. | Civil No.: 07-4788 (KSH)<br><br><br><br><br>**Order** |

  For the reasons expressed in the accompanying opinion, it is hereby **ORDERED** on this 28th day of February, 2014, that defendant Argen's "brief in support of motion for reconsideration" [D.E. 383]—which the Court construes as a motion for reconsideration and for stay of judgment pending appeal—and motion for sanctions [D.E. 384] are **DENIED**.

                /s/ Katharine S. Hayden
                Katharine S. Hayden, U.S.D.J.